UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-04211-WLH-DMK | Date | August 10, 2026 |
|---|---|---|---|
| Title | ***Josue Negrin Martinez v. Fereti Semaia et al*** | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| | |
|---|---|
| Claudia Garcia-Marquez | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE [19]**

The Court is in receipt of Petitioner's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Application"). (Application, Dkt. No. 19). Based on its preliminary review of the Application and accompanying evidence, the Court finds that a limited stay is warranted. Respondents are **ORDERED** to ensure that Petitioner remains within the Central District of California, pending the resolution of this Application. Respondents are further **ORDERED** to file their opposition to the Application no later than 12:00 p.m. on August 12, 2026.

**IT IS SO ORDERED.**