**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NEGRIN MARTINEZ, Josue,

Petitioner,

vs.

FERETI SEMAIA, in her official capacity as Warden of the Desert View Annex; ANDRE QUINONES, in his official capacity as Acting Director of the Los Angeles Field Office of U.S. Immigration and Customs Enforcement; JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice,

Respondents.

Case No. 5:26-cv-04211-WLH-DMK

**PRELIMINARY INJUNCTION ORDER [25]**

WHEREAS, on July 28, 2026, Petitioner Josue Negrin Martinez filed a Complaint and Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. No. 1);

WHEREAS, on August 4, 2026, Respondents filed an Answer to Plaintiff's Petition (Dkt. No. 17);

WHEREAS, on August 7, 2026, Plaintiff filed their Reply in Further Support of his Petition (Dkt. No. 18);

WHEREAS, on August 9, 2026, Respondents served a Notification of Removal on Petitioner and informed him that he would be transferred outside of the Central District of California on or around August 14, 2026, to effectuate his removal to Cuba;

WHEREAS, on August 10, 2026, Petitioner filed an Ex Parte Application for a Temporary Restraining and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. No. 19);

WHEREAS, on August 11, 2026, the Court issued a Temporary Restraining Order enjoining Respondents from transferring Petitioner outside the Central District of California pending resolution of the Application (Dkt. No. 21);

WHEREAS, on August 11, 2026, Petitioner filed a Supplement to their Application (Dkt. 22);

WHEREAS, on August 12, 2026, Respondents filed their Opposition to the Application (Dkt. 23);

WHEREAS, on August 13, 2026, the Court issued an order granting Petitioner's Application for a Temporary Restraining Order and ordering

Respondents "to show cause, in writing, why a preliminary injunction should not be issued," and setting a preliminary injunction hearing date for August 25, 2026 (Dkt. No. 24);

WHEREAS, the parties have conferred and agree, in the interest of judicial economy, to stipulate to a preliminary injunction order;

WHEREAS, Petitioner has sufficiently shown, for purposes of the preliminary injunction, that he is likely to succeed on the merits, that he will suffer irreparable harm absent injunctive relief, and that the balance of the equities favor an injunction;

**IT IS HEREBY ORDERED**:

(1) Respondents are enjoined from transferring Petitioner outside of the Central District of California until such time as the Petition has been fully and finally adjudicated;

(2) Respondents are further enjoined from removing Petitioner from the United States until such time as the Petition has been fully and finally adjudicated.

**IT IS SO ORDERED.**

Dated: Los Angeles, California
August 20, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA